IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISRAEL EUGENE WHITMORE,

    Plaintiff,

v.

SAN QUENTIN PRISON, et al.,

    Defendants.

No. C 13-4963 NC (PR)

**ORDER OF DISMISSAL**

On November 25, 2013, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 14, 2014, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

More than twenty-eight days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk is directed to enter judgment and close the file.

IT IS SO ORDERED.

DATED: February 24, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge